# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-00004-CG |
| | ) | |
| TOMMIE LEE MITCHELL | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U. S. Courthouse<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | Courtroom No.: | 1A |
|---|---|---|---|
| | | Date and Time: | 2/19/2015 2:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 2/13/2015

/s/SONJA F. BIVINS
*Judge's signature*

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*